✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 7:14-CR-00021-004 (HL) |
| **ANTONIO HERNANDEZ-VILAR** | |

Hernandez-Vilar was originally sentenced on February 25, 2015, to 80 months in custody of the Bureau of Prisons, followed by a three-year term of supervised release, after pleading guilty to the offense of Possession of Unauthorized Access Devices. Hernandez-Vilar has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision), Chapter 3 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Hernandez-Vilar be discharged from supervision.

Respectfully submitted,

Clay A. Driskell
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  8th  day of  June , 2022.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE